Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

_____ Division

Robert Thomas Carter

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Lord Corporation

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. 1:22 CV - 4 - GNS
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

FILED
JAMES J. VILT, JR. - CLERK

JAN 1 0 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Robert Thomas Carter |
| Street Address | 351 Hillcrest Road |
| City and County | Bowling Green, Warren |
| State and Zip Code | Kentucky, 42103 |
| Telephone Number | 270-784-0104 |
| E-mail Address | Azrieldidmus@Gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                                    Lord Corporation

Job or Title *(if known)*

Street Address                          2800 Pioneer Drive

City and County                         Bowling Green, Warren

State and Zip Code                      Kentucky 42101

Telephone Number                        (270) 781-5440

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

    **C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Lord Corporation |
| Street Address | 2800 Pioneer Drive |
| City and County | Bowling Green, Warren |
| State and Zip Code | Kentucky 42101 |
| Telephone Number | (270) 781-5440 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:   Made false alligations regarding my time card as well as falsly a

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

December 2018 (woman discriminated agasinst for being a woman), June 6th, 2019(suspended for false

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color _____

☐    gender/sex _____

☐    religion _____

☐    national origin _____

☑    age *(year of birth)*      1963      *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

The information following is a chronological description of the gender discrimination of Kathy Vanderpool and the retaliation I suffered that subsequently followed my speaking out against it.  In December of 2018 a position for a Quality Technician became available in the Quality department due to a retirement of a current Quality Technician.  Because of seniority issues within the department the position to be opened would be on the evening shift.  Historically, the person with the most experience in the Quality field has filled Quality Technician positions.  Kathy Vanderpool worked in the spray room full time but was a trained "fill-in" that would work in the Quality Department on an as needed basis.  Kathy had started training in the department in March of 2017. (see additional pages for "Facts of Case")

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Filed charge on August 6th, 2019, Signed charge electronically on August 14th, 2019

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)*   10/22/2021   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Damages from loss of income until reaching age of 62.5  = $304,674.00 (loss of annual income X years to earliest retirement = 6.5 years X $46873.00)  (See tax history report supplemental) Compensatory and Punitive Damages = $300,000.  For a total of $604674.00 The maximum allowed is far less than what should be mandated based on the malicious and reckless acts committed by my supervisor in the false statements made accusing me of falsifying my time card as well as documents completed during the course of my daily work and finally the action of trying to get every individual from the department to see me as a pariah and to provide any information that could be used to get me fired whether true or false.  Finally, upper management is supposed to protect their employees from this type of treatment.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1-10-22

Signature of Plaintiff

Printed Name of Plaintiff    Robert Thomas Carter

### B.    For Attorneys

Date of signing:   _____

Signature of Attorney         _____

Printed Name of Attorney      _____

Bar Number                    _____

Name of Law Firm              _____

Street Address                _____

State and Zip Code            _____

Telephone Number              _____

E-mail Address                _____

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

1

The information following is a chronological description of the gender discrimination of Kathy Vanderpool and the retaliation I suffered that subsequently followed my speaking out against it.

In November of 2018, an evening shift position for a Quality Technician became available in the Quality department due to an announced retirement of a current Quality Technician at the Bowling Green facility for Lord Corporation.  At this facility, a Quality Technician position is filled by a person with the most experience in the field of quality.  The quality department consists of full time and part-time positions referred to as "fill-ins".  When a need for extra quality personnel was in demand a fill-in would work in the Quality Department rather than their normal full time position Kathy Vanderpool, who worked in the spray room full time was also a trained "fill-in" for the Quality department since March of 2017.[1] (See email)  When the position for a full time quality technician on evening shift was, posted Kathy reached out to HR to apply for the position.  On December 3 2018, Julie Nunn called an impromptu meeting.  Julie is the Quality Manager and upon her arrival as the last person to enter the room, she stated that the reason for the meeting was to determine who would be the viable candidates that the team members would be interviewing and deciding who would be the best fit in the department.  It was after this introduction that David "Tony" Jaggers (employee retiring in February) began making derogatory statements about Kathy and being a female leading with;

> *"By God, I don't care if she is a woman, just because she's a woman doesn't mean she should automatically get the position.  She can't even do a handstrip!"*  It was further added, *"If you're not physically capable of doing the job because you're a woman then you shouldn't be given the job just because you're a woman."*

Steve Price and Adam Cawthon two other quality technicians both agreed with the statements made by Tony by nodding in agreeance.  Julie simply sat there as the others chimed in and shared their feelings concerning whether a woman should be allowed to get the position that cannot do the job physically.  The other technicians continue by stating that the position in the Quality lab required certain physical characteristics of which Kathy simply could not meet.  This was the first time that I had heard anything regrading Kathy's inability to perform a handstrip or any other physical demanding task.  For clarification, a handstrip is a task that requires using a pair of vice grips to grab a section of elastomer and proceeding to pull the elastomer away from the material to evaluate the bond achieved between the elastomer and the material to which it is bonded.)  The reason this came as a shock to me is that Kathy has been in the department as a trained fill-in since March of the previous year.  I realized that this was nothing more than a smear campaign by the technicians in the department to eliminate the possibility for Kathy to get the job.  This was being done because they realized that she had been a trained "Fill-in" for close to two years and would stand to be the natural selection due to her seniority compared to anyone else putting in for the job.  This meeting was when the gender discrimination took place and was not addressed by the Manager to prohibit their making reference to her gender as a reason to preclude her from the possible candidates.

Later that same day at 2:02 PM an email [2] was received from Julie Nunn scheduling a meeting for Wednesday Dec 5 at 10:00 AM with the Quality department personal in the Conference room to discuss who we thought would be the best candidates for a full time evening position after their interviews.  In

---

[1] See email "Training for Kathy Vanderpool and Jimmy Neeld started in 3-17-2017").
[2] See email: "2nd Shift Quality Tech Meeting with Tony Jaggers as well Dec 3 2018"

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

2

addition, on the afternoon of December 3 we also received emails[3] stating Brandon Stearsman, Kevin Goodnight, and Todd Coakley would be interviewing for the Quality Tech position excluding Kathy Vanderpool.  I knew something was not right with that information so I then went to our Community Board and took a picture of the Lord Hotline Phone number[4] for the purposes of possibly calling in and reporting that the position for a Quality Tech was rigged.  For back ground information it must be noted that Steve Price, the most senior technician in the Quality department had reached out to Brandon Stearsman prior to the job being posted and told him to put in for the position and he would ensure that he would get the job.  I was aware that Steve had spoken to Brandon about putting in for the position but was not aware that he had secured the assistance of the other technicians to promote Brandon and insist that Kathy was not the better fit in the department.  After the impromptu meeting and the emails that had eliminated Kathy as a candidate, I came to realize what Steve and the others in the department had determined to do with respect to Kathy Vanderpool and keeping her from getting the position.

I did not speak out against the rest of the department at this time because I did not want to be labeled as not a team player.  To go against the entire team would result in my being looked upon as a pariah and later did ultimately happen when I returned to work after having been falsely accused of cheating on my time card and suspended.

The interviews for the position posted for Quality technician were nothing more than a farce with the entire team already having decided whom they were going to choose as their candidate of choice.  Brandon Stearsman was their choice due to Steve Price having promised him that if he put in for the job he would make sure that the others in the department would also vote for him.  I however, prepared questions and actually participated in the interview process with an open mind as to who would be the better candidate for the position now that Kathy was no longer a viable candidate.  I knew that Kathy had been done wrong in not being allowed to even interview for the position but I did not know at this time why Julie had eliminated her as a candidate.  Nevertheless, in the past after interviews had taken place the Quality Manager sent out an email to be returned that allowed us to rank the candidates.[5]  Upon returning our votes the Quality Manager would consider our votes but would ultimately make the decision as it was Managements responsibility to determine who would be the person to get the position.  This formality of being involved with helping to select a new team member did not take place this time as Julie called together a meeting in the conference room.  Rather than allowing an anonymous voting system and the ability to select someone unencumbered by the opinions of others Julie had each person speak their choice of the candidates.  While this may appear to be a way to ensure that everyone is allowed to voice their opinions, to do so in the presence of others who may disagree inhibits anyone that would vote contrary to others in the department.  As such, being the last person to be asked I shared that I deferred my vote to the team as it had already been decided at this point that Brandon was the "teams" choice.  It needs to be noted that I personally would have voted for Kathy Vanderpool considering her length of service in the department up to that time had she been eligible.  She was truly the best candidate based on experience and the fact that she was a female should never have been criteria as was suggested in a previous meeting.

Brandon is given the position and I worked with him in every way to ensure his successful transition from Production into Quality.[6]  As the year ended and a new one started it was determined that

---

[3] See emails Brandon Stearsman, Kevin Goodnight and Todd Coakley Interview invites
[4] Picture of Lord Hotline taken after seeing Kathy omitted from interview process
[5] See email "QA team interviews How Gordon allowed us to vote" dated 10/29/2015
[6] See email "RE_ Commands needed to perform QA activities Brandon Stearsman Wed 12-12-2018 757 AM"

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

3

business had increased so much that another "fill-in" position was needed for the midnight shift to assist meeting production's needs.  Kathy did not put in this position due to it being on midnights but another female by the name of Norwanna (Denise) Wilson did put in for the job and the interview process was between her and another male candidate named Greg Hickman[7].  After the interviews were conducted with these two candidates a meeting in the Quality department was held in which Julie the Quality Manager went around the room asking each person their vote for the fill-in position as was done when Brandon was selected eliminating the ability to freely give one's opinion.   I was happy that a female was being allowed to make it to the interview process and was the favorite candidate but I could not let the opportunity pass to remind those on the team of how diametrically opposed they were to a female for a full time position in the department and upon being asked who I would vote for, I asked the question, "How can I vote for a female if I don't know if she can even do a handstrip."  I made this statement to remind them that the reason Kathy was lambasted and rejected was because she supposedly could not perform a handstrip.  I finally added that I too thought Denise would make a great addition to the department and agreed that she should get the position over Greg Hickman at that time.  After the meeting was over and it was decided that Denise would get the position, Julie asked me to walk with her outside of the department and proceeded to ask me if we needed to talk.

Julie was fully aware of what my innuendo was when she asked me if I needed to talk so I did want to explain myself and make it known that something should have been said during the initial meeting where the discrimination took place for the full time evening shift position that eliminated Kathy from the selection process in December.  I followed her to her office and upon sitting down began the process of reporting my rejection of the discrimination that had taken place.  I reminded her of everything that had been stated by the others, specifically restating the remarks that Tony opened the meeting with and told her that I personally was disappointed in myself for not speaking up and allowing fear of the rejection of the team to prevent me from speaking out against obvious discrimination.  I further added that I was more disappointed in Julie as the manager since it was truly her responsibility to ensure that all employees are treated with respect and that any discussion involving a person's abilities or inabilities due to their being a different gender was not relevant, especially for the position that was open in the department.  This was my first and last time that I would ever openly correct someone with direct authority over me.  I thought I was given this opportunity to speak openly without fear of reprisal and believed that I would not be retaliated against but time would prove that is not the case.  I told Julie that I had taken a picture of the Lord Corporation Hotline phone number[8] after receiving the emails that showed the elimination of Kathy from the interview process with the intent of calling them and reporting her for not standing up for Kathy.  I held up my hand and indicated with my index finger and thumb showing about the thickness of a dime to emphasize how close I was to making the phone call.  During the course of this conversation my voice was shaky, somewhat trembling, to the point of feeling like I was going to cry but I composed myself and told her that I had failed Kathy but most importantly she had failed her and what took place should never have been allowed.  There as a great amount of emotion involved with this and that's the reason my voice was shaky.  I additionally shared that to add insult to injury, rather than being a champion for equal treatment of gender she actually caved in and allowed the guys in the department to persuade her to eliminate Kathy from the full process.  I told her that at no point had anyone ever made the complaint that Kathy could not perform a handstrip and that it was nothing more than a farce created by the others in the department to justify keeping Kathy out of the department

---

[7] See emails "Accepted: Denise Wilson Interview - QA Back fill & Accepted: Greg Hickman QA Backfill Interview"
[8] See "Picture of Lord Hotline taken on 12-3-2018 at 239 PM.

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

4

because she was a female.  I told Julie that when Denise was allowed to be interviewed that it brought all those feelings back up again and I could not understand why she would be willing to promote Denise but was not willing to speak out against statements that were made in the meeting concerning who would be the best candidates for the full time position in December.  At this point Julie agreed that an injustice had been done and that "we" had failed her in not realizing she could not perform a handstrip.  I objected her statement and held my hand up as if to suggest that I did not want to hear excuses as if Kathy were somehow responsible for the derogatory comments made because she was a "female".   At this point she obviously realized that was not going to placate my ire at the treatment that had been done so she shared that when she originally interviewed the different potential candidates it included Kathy and on paper Kathy had outscored everyone and looked like she should have been a shoe in for the position considering none of the other candidates had any true Quality department training or past work history.  Julie then stated that the reason she pulled her from the actual interview process that would involve us as team members was because of a comment she had made when she was asked why she wanted to put in for the job.  Kathy had responded that one of the reasons she wanted the job was because it was less physically demanding than the position she currently worked in the spray room department.  Julie did not make any comments after making it known that Kathy had responded in this manner and I simply sat there waiting for her to continue the story that would provide me with a reason that justified pulling her name from the hat.  Julie continued to stare at me without making any more comments, I guess thinking that I would somehow associate what Kathy had said with something negative.  I finally commented,  "I don't get it? How does that move you to eliminate her from the running for the position?  I personally don't see anything wrong with her statement and would not have held it against her for stating she would rather work in a department that wasn't as physically demanding."  Julie responded by stating she even went to Gordon Buckman for advice, the previous Quality Manager that had swapped roles with Julie and was now a Quality Engineer.  I shrugged my shoulders indicating I still didn't get it.  Julie further added that she was conflicted with pulling Kathy from the interview process and had sought Gordon's advice after receiving the comment concerning the reason for wanting to work in the department.   I never accepted her comments as a justifiable reason for pulling Kathy and thought it was nothing more than her allowing fear of the team's rejection of Kathy to guide her.  I finally told Julie that there was not anyway that I could report her and although I had considered it a possibility as a means to try and rectify what had been done I personally did not want to subject her to the scrutiny that would accompany an investigation as to her involvement as the manager that did not handle the discrimination properly.  I shared that there was no way I could subject her to the possibility of losing her job.   I realized at that moment that I had shared too much and should have never told her that I had considered reporting her anonymously.  I apologized for making the comment that indicted the team for their involvement in discriminating against Kathy during the vote in the Quality department and that now that I've shared my feelings that I just want to get back to work and put this all behind me.  Julie simply nodded that she understood and allowed me to leave to go back to work.  Julie never reported this incident to HR as should have been done per Lord's SOP's with respect to discrimination at that time especially considering it was someone who was reporting discrimination but she did acknowledge it when I reported to Samantha Stuntz that I was being retaliated against by Julie for reporting the discrimination in light of numerous actions by Julie not the least of the false allegations that I had cheated on my time.

These incidents happened in January and early February and when it was time for me to receive my review in February for the previous year's performance I thought it may influence the outcome. However, I came to understand that the reviews were written and submitted by the Manager at the end of the year and had already been submitted and approved by upper management prior to our discussion.  To

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

5

my surprise I received a 4% raise which was 1% more than the maximum allowed for the entire plant for that year.  The approval for my raise actually had to be signed off by upper management above the plant manager's level due to it being greater than what had been approved by Corporate for the Bowling Green plant.   Lastly, my review had Julie stating that I had performed above expectations [9]for the year.   My previous 5 years of reviews [10]all show me in a light of being a very good worker and in the 25 years of working with Lord Corporation, I had never once been written up.

Fast-forward to March and April and suddenly every task that I'm responsible for doing has been mandated that others in the department be trained and given the authority to perform those tasks.   While there is nothing sinister in wanting to have positions backed up and others capable of doing particular tasks associated with a job title but to have every single task associated with the job that I do on a daily basis does make one ask what is going on in that this has never been an issue in the past.  Never before had the tasks that I perform need to be known by everyone else in the department.  I was instructed to train Gordon Buckman, one of our Quality Engineers in particular SAP tasks and created PowerPoints that showed step by step processes on how to do specific jobs.  In addition I was required to train Lou Menetrey; another Quality Engineer on how to do other specific SAP related functions.   As the highest technical grade in the department and having been in there for the past 24 years gave me a plethora of skills and knowledge pertaining specifically to the department as well as a skill set with our companies SAP program that was used to record all company activities that numerous tasks involved me as the only person who know how to perform them.  This however was not anomalous in that numerous positions within a company will have people that do specific tasks that no others are specifically trained to do as well.   Accountant, or our Buyers of materials for example, they possessed skill sets that others at the plant simply could not do whether because of a lack of training or the lack of authority to perform specific SAP functions and yet none of those employees were on any type of high track to training someone else to do their job in the event something happened to them.    As it stood in the Quality department, towards the end of April, all of my tasks had to be learned by others in the department and Julie had started showing her frustrations on more than one occasion when she inquired where we were with the others learning how to do those jobs and it was reported that they had still not learned how to do all of my tasks. On one particular day towards the end of May Julie mandated that Gordon get with me and we were not allowed to do anything else until I had transferred the knowledge of how to perform specific SAP tasks of which I had created a PowerPoint that had step by step instructions that did not exist anywhere in our training manuals to guide Gordon in performing these tasks.  We accomplished this with Gordon and very shortly after this last training of Gordon in the beginning of June I was attacked by Julie Nunn and Donna Payne the HR person.

After coming back from lunch on the 5th of June 2019 I was approached by Julie and asked to come into the HR's office where Donna Payne awaited.  They told me to sit down because they wanted to ask me some questions.  It began with Julie asking me how many breaks in a day do I get and I replied that it depended on how many hours I had worked.  She than began a tirade of accusations stating that I had been cheating on my time card and intermittingly asking what I had done on particular days and I replied that I didn't know without looking at my computer because I worked on so many different things that I simply didn't know from day to day what I was working on in particular.  She then stated that I had falsified my time card and had reported too many hours on one particular two week period.  I was

---

[9] Footnote  "2018 Review for Robert Carter.pdf"
[10]  Footnotes of previous Reviews

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

6

completely confused and was asking which weeks she was talking about.  She then stated that it didn't matter because at this time I was suspended and that all of the information had been sent up north for them to examine.  She accused me of going to the restroom too much and wanted to know why I was taking so many restroom breaks.  She reported that there was someone willing to testify that every time this person went to the restroom I was in there.  I shared that if that is the case then the person testifying to my being in there too much is just as guilty as me if they are going often enough to make such a comment.  This angered them and Julie stated on one particular morning the film showed that I was seen going into the restroom and spending 30 minutes in there and when I finally came out I had my hair down.  I told them on one particular morning I do remember having a hot flash as I am 56 years old and am subject to these and in addition the medication I take may have also caused me to not be able to go due to being stopped up.  They both laughed at me as if it was something funny that I suffered from hot flashes.  Julie asked what type of medication caused me to be stopped up and I shared with her that I've been taking suboxone for the past 9 years and there are times that it does cause me to be stopped up.  I showed her the prescription that I had in my backpack and she looked at me with disgust and asked Donna Payne if I was allowed to take that while working.  Donna told her that I was allowed to take my medication.  The questions were coming faster than I could answer them and I said that I honestly did not believe I had cheated any on my time and could I see the film they were talking about so that perhaps I could explain something they saw on the film.  I told Julie that she knew I had to let people in the plant when they came to do our calibrations or there were times when I had to go to the warehouse to retrieve parts for doing measurements or for a variety of other reasons.  I shared that there were so many reasons that I might be outside that had nothing to do with breaks but had everything to do with me doing one of my many jobs that were required.  I also shared that it is also very possible that I had gone outside to keep in touch with my wife Linda on the phone due to her Meniere's disease as I did on a very regular basis and that she was completely aware of this situation.  I told her that she knew that I did have to keep in touch with Linda on a regular basis because we are raising one of our grandchildren and it is our responsibility to get him back and forth to school and with Linda's Meniere's it was possible that I might have to go and pick him up since she could not drive if she is suffering from the vertigo associated with the disease on a regular basis.  I have a very large number of emails between myself and Julie that completely attest to her knowing full well of my having to keep in touch with my wife and on occasion having to pick him up due to her inability.  Having asked several times to see the film so that I could give many justifiable reasons for any perceived discrepancies in my time Julie shared that there was no way for me to see the film because it had already been sent up north for their investigation and besides that it was irrefutable.  I shared that if I was taking too many breaks I would need to see what she was talking about on the film and perhaps I could explain what was going on.  Bear in mind that it is not a secret that we are on film from the time that we enter the property and that there are cameras throughout the plant that record our movements throughout the plant on any given day.   I even shared that it would be crazy for someone to try to cheat on their time considering the fact that we are on film.  By the end of the 20 minutes of questioning it was obvious that it was nothing more than an opportunity to tell me that I had been suspended for cheating on my time and that in all likelihood I would be losing my job due to the grievous nature of my actions.  As Julie walked me back to my desk to retrieve items that I had brought in with me I asked her to please review the film again and allow me to see what she was talking about but she simply ignored my plea to be able to explain any discrepancies.  By the time I had been walked out to my car I was in total shock and could not believe what had just transpired.  All of the training others to know my jobs started flooding into my head as I tried to make sense out of what I had just endured.

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

7

On my way home I called my wife and began to share with her what had just happened telling her that I was in shock.  I did not know where to begin when I first called her as she has been dealing with her mother that has lived with us for the past 8 years and was suffering from the late stages of dementia.  It was a very hard time for us as a family already dealing with her mother but now with me possibly losing my job due to an astronomically huge misunderstanding, all we could do was pull together and pray that if given the opportunity to see the film I would be able to finally explain what had happened.  That opportunity never came to light as will be shared subsequently.

I was suspended for the Thursday and Friday of that week and was told by Julie that she would contact me upon hearing anything back from up north.  On Monday she informed me that Debbie Iavarone the HR supervisor for our plant was at the Bowling Green plant due to Donna Payne retiring and a new HR manager taking her place and said that she told me I was to remain on suspension until the review was complete.  Keep in mind that I could not understand how I had cheated on my time and that if I had indeed done this that it was some type of huge mistake that was never a willful and mindful act.  I was utterly broken and could not believe that after 25 years of service with having never been even written up that I was now somehow being accused of doing something as insane as cheating on my time.  On that next Friday Donna Payne reached out to me by phone and called me to tell me that I was going to be able to keep my job in light of the fact that I had been with them for 25 years and had never been written up.  I hollered, "Praise the Lord" as I heard those words and listened as Donna explained that I was to return to work the subsequent Monday and report to the HR's office prior to going back to work in the Quality department.  During this time I knew that there was no way that I could have possibly cheated more than 17 hours on my time card over a two week period as had been stated.  After reporting back to work and being demoted to a position where I was only going to be allowed to do grade level B3 work I was informed that I would not be allowed to work any overtime and that I would continue training others in the department of any tasks that had not yet been passed on to them.  Julie told me that things were going to be totally different than what it was before and that everyone in the plant would be watching me. I shared that I understood that and just wanted the chance to prove that I was not this person that I was being portrayed to be with cheating on my time.  I came back to work and was told that I was under a last chance deal meaning that I could not mess up by missing days or anything else that would make me out to be a bad employee.  In addition because I stated that I was taking my medication prescribed by my doctor for suboxone that I must attend counseling sessions for a total of 9.  So I started the uphill battle of proving that I was not a cheater and that I was the same faithful employee that I had always been.

After about a week of working hard in my newly demoted position it finally occurred to me that I always had my phone set to record my google location and that would show exactly when I get to work and when I leave and that even though they would not allow me to view the film as I had requested that I could at least establish whether I had errantly added hours to my time card and determine what I had done.  I downloaded all of my time cards from work that showed the number of hours submitted for each day and starting from the beginning of the year until the time that I had been suspended.  I pulled up my google location record that tracked my every movement as to when I arrived some place until I left and started logging each daily transaction and then comparing it to my time cards that had been submitted  as well as emails with time stamps.  By the time that I reached the day that I was suspended and added up all of my time it was discovered that I had actually given Lord Corporation an extra total of 23 hours of my time rather than me having a deficit of 17 hours over some two week period.   I tried to wrap my head around what had taken place and simply could not fathom whey Julie had reported that I had cheated on my time and why Donna had gone along with her assessment and sent some type of information up north.

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

8

I simply wanted to know what form of data had been provided to upper management to convince them that I had falsified my time card.

I had my proof in the form of electronic data showing what hours I was at work, when I arrived and when I left and authenticated that I had not cheated on my time but rather the opposite was true in that I had actually given them extra hours starting from the beginning of the year up until the time of my suspension.  In addition was the matter of every one of my specific job tasks needing to be learned by others in the department and the push by Julie to get this completed prior to the surprise questioning implicating me as a time thief.   The validation that Julie was truly retaliating against me for revealing her complicity in discriminating against Kathy Vanderpool came in another form of her instructing all of the other Quality technicians to watch everything that I did and reporting any type of work that could be construed to be improper.  After having worked for a few weeks, Jason Talley, one of the quality technicians that worked on the midnight shift informed me that it was only going to be a matter of time before Julie is able to get me fired with the hostile work environment she was creating with all of the other employees in the department.  Jason reported that he is willing to testify that Julie had called himself and Denise Wilson into her office upon learning that I was not going to be fired but was being allowed to come back to work.  According to Jason, Julie was red in the face and was visibly angry when they entered the office for their meeting with her.  She told them that everyone in the department had been instructed not engage me with any communication other than work related conversation.  Julie also tried to engage them in her continued retaliation by demanding that they watch me like a hawk and if they even think that I have done something against any rules to report it to her immediately.  Somewhat surprising to me was Denise comment in defending me against Julie when she stated, "Robert has been nothing but nice and extremely helpful to me since I've came into the department and I don't have a bone in this fight, so I will not be participating in trying to get Robert fired or reporting anything about what he is doing."  This really touched my heart to say the least and actually gave me some hope although we know now that it was not going to end well for me at Lord Corporation.  Unfortunately, not all of the other team mates felt the way that Denise did but were more than willing to oblige her and provide her with any source of supposed infractions.  On one occasion when I was discarding the scrap created by testing parts Brandon ran on the outside aisle to watch me from a distance to see if I was going to do anything that may be construed as improper.  Another time came when Brandon had tried to walk up and see what I was typing into the computer and trying to keep me from seeing him watch.  I caught him form my peripheral vision and twirled around and asked if he saw everything he needed, resulting in his face blushing for having been caught at trying to "catch" me doing something wrong.  I simply ignored this without raising an issue as to his motives and continued working.  On Friday August 2nd while I was working on the floor doing 1st Articles I was approached by a part time employee who worked as a receptionist and told to follow her to the front.   I was immediately very fearful that I was being walked to the front to be fired.  But what took place was me having to go do a random drug test.  Again, remember in the 25 years that I've worked with Lord Corporation I have never been written up nor had I ever had to perform a random drug test.  But because of my last chance agreement I was subject to random drug testing and as such I simply was relieved that it was something like this because I knew what the result would be and it of course was a clean submission.   I sincerely believe Julie had convinced the new HR to help in trying to get me fired and was hoping that it would reveal that I was not clean.

Unfortunately the straw that broke the camel's back came from one of the other technicians named Scott Dearing who reported to Julie that I had falsified a document in accepting some parts measurements to be completed by a CMM, that had not been completed at the first article phase of testing

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

9

and measuring the parts.  I had completed the Final Inspection phase of accepting the manufactured parts into stock.  The parts in question had some CMM measurements that were to be verified at the 1st Article stage but because the CMM was not operational the person who did the 1st article had accepted the parts based on what Scott had shared with them in that Gordon Buckman had said to accept the parts per his authority and to allow the parts to be made without the measurements having been completed.  Gordon had the authority to allow this as did I too since I was a qualified BMRB certified individual, meaning I had taken a test to give me that authority long before Julie had even became the Quality Manager and was still a Quality Engineer.  However, when Scott informed Julie that I had completed the Final Inspection on the parts and written "Accepted per WGB" on the line in the 1st Article paper work to ensure that all lines had been filled out as was the proper thing to do when performing a Final Inspection, Julie stated that I had falsified the document by signing his initials.  All of this came out when I was called into the HR's office with Samantha Stuntz.  Julie had informed Samantha that we were not allowed to accept parts using someone else's initials.  I shared with Samantha that it was a practice that had been done for many years and that this was in no way falsifying a document.  Julie accused me of calling her a liar because she had reported that we were not to ever use someone else's initials to accept or reject parts during any stage of manufacturing parts and that only the person responsible for accepting the parts could do the actual signing off.  I shared with Samantha that not only was there many documents with Gordon's initials on there because someone else had written them but that it was as I had already shared a common practice.  It was not unusual for a person with the authority to accept or reject parts to give the person who was working with the order to sign off the operation per their initials.  Scott was brought into the office and it was asked whether he had told me that Gordon had accepted the parts and Scott began to back pedal stating that he had told me that Gordon had accepted some parts but that they were not the ones that I had signed off on.  I looked at Scott incredulously and then told Samantha that the proof was in the pudding.  She asked what I meant and I stated that if we did not sign off using other people's initials why was Scott insisting that Gordon had indeed said to allow parts to be run per his initials but that they were different parts.  I shared that Scott did not prove anything other than that we do indeed perform that practice contrary to what Julie was insisting in stating that we do not do this practice.  Julie was fuming at this point and telling me that I was calling her a liar.  Samantha told Julie to ignore me as if I had actually called her a liar when I never once made a derogatory remark concerning her integrity in telling the truth.  The only thing I insisted was that the practice of signing things off using someone else's initials was common and did take place.  At this point in the conversation I told Samantha that I wished to speak to her and the plant manager Steve Pattison concerning Julie and to do so without Julie in the room about her behavior towards me and that it involved retaliation.  Julie's face was beet red and she was furious at this point.  I had remained calm during this entire conversation and had only pointed out the deceitfulness of Julie in her claims that I had falsified a document.  Upon the arrival of Steve Pattison, the acting plant manager I told the entire story of how Kathy Vanderpool had been discriminated against by those in the Quality Department and how that Julie did nothing to stand up for her.  Additionally, I told about the conversation with Julie in her office after the vote we had concerning Denise Wilson for the fill-in Quality Tech position and how that Julie had never reported my reporting of discrimination as should have been done at that time.  I reported to them that I had electronic proof from my phone that showed every time I arrived for work and when I left for lunch and returned and when I left at the end of each day.  Steve Pattison asked what I was talking about as if he had never heard that our smart phones are able to track our movements.  I explained my phone records everywhere I go because in my settings my "Location" selection is always on.  I emphasized that it not only tracks where I go but it time stamps my arrivals and departures from my location destinations.  I suggested that if they had looked at the film and

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

10

concluded that I had falsified my time card that they needed to go back and look into it more in-depth because they would discover that I had actually worked the hours reported on my time card.  Based on not being allowed to see any film it was purely conjecture to think that maybe Julie had stated I was not at work on my flex days so I shared if Julie had reported that I was not there on my flex days that they need to go back and review the film because they will discover that I had worked the off shift on Sunday nights to cover my Monday flex day hours on numerous occasions to meet the demands of completing my work. Additionally I often worked Friday night shifts to cover the midnight shift for Saturday work done as well.  I was giving them the opportunity to admit that a "mistake" had been made and that rather than outright accuse someone of "falsely" accusing me of cheating on my time that they had "mistakenly" not looked at the film correctly but upon further review came to realize that I had indeed worked all of the hours for which I had claimed.  Rather than embrace this possibility Steve simply asked the question, "Do you have any email proof that you were working the off shift?"  I immediately replied, "Yes, Steve, I have several emails that will show you that I was indeed here during those hours and as a matter of fact I had actually written to Julie that I had worked the off shifts so it could not be stated that she simply did not know.  When I asked Steve and Samantha if they had reviewed the film did they notice whether I was there on any of the days that I supposedly had not been there on the off shift.  Neither one of them made a statement, leaving me to believe that they simply had not looked over the film with any eye to objectivity but had simply relied on whatever had been stated by Julie and substantiated by either Bill Wilson, Julie's old boss or Donna Payne when all of the information had been transferred up north to determine what was to be my fate.  Samantha finally broke the ice after Steve's question regarding having email proof by sharing that sometimes things aren't what they appear to be and that the reason that Kathy was pulled from the interview process was for a reason other than Julie's fear of the team and reacting to their attacks of Kathy.  At this time I shared with Samantha that I do understand that sometimes circumstances may not be exactly as we perceive them to be but I believed that a jury of my peers would agree with my assessment were we to put it to a test.  I further shared that I had reached out to the EEOC regarding this and had already reported it.  Samantha stated that she found there to be no reason to believe that Julie was retaliating against me without performing any type of investigation that would have involved at a minimum looking into the allegations I had made concerning the entire story.  I shared their need to go back, look at the film, and verify that I had actually worked the hours I had reported.  Stating also that none of this would even be happening if Julie had not falsely reported that I had cheated on my time.  I shared that there would not even be a last chance deal and that I would still have perfect attendance as I possessed for the past 5 years.  I finally shared that I still had yet been allowed to view any of the film that was supposed to have substantiated the false accusation.  This is beyond concerning that I was not allowed to view the data that supposedly made me guilty especially in light of the electronic data that I possess that refutes the false allegations.  They made no further comments and simply told me to return to work at that time.  I did and the next day after I returned from lunch Julie approached me with approximately 6 other individuals standing behind her stating that I needed to follow her up to the front office.   They had made a complete and utter spectacle of the ordeal as if I was some type of loose cannon and that everyone in management needed to be protected from me.  I grabbed my backpack and unfortunately forgot my phone but followed her up to the HR's office where I was being terminated for falsifying the final inspection paper work and for having missed one of my meetings with the counselor. Julie was angry and gritting her teeth at me as Samantha explained the reasons for my termination.  After this final confrontation, I simply did not have anything to say other than to tell Tommy Kirby, the production supervisor who was responsible for walking me out of the plant that someday he would hopefully learn the truth of what had taken place.

Statement of claim additional pages
"E. The facts of my case are as follows.  Attach additional pages if needed,"

11

I pray you give me the opportunity to put all the information before a jury of my peers or be examined by a judge.  This will allow either of them to see the motive for the attacked by my supervisor. The ultimate reason was for daring to rebuke her for the gender discrimination that was committed against a fellow employee and ultimately for threatening to turn her in for her lack of protecting Kathy Vanderpool's rights and ultimately that I am not guilty of stealing any time.  We are encouraged with posters throughout the plant as well as a variety of different training sessions that if we see discrimination we are to report it to our supervisor.  I reached out to my supervisor and did exactly what I was told to do but rather than following what Lord Corporations procedures call for when someone makes statements that discrimination had taken place my supervisor falsely made accusations about me cheating on my time in an attempt to get me fired.  When that did not work and I was allowed to keep my job she doubled down on her efforts to get me fired by getting everyone in the Quality department to assist in her anger towards me with several of the individuals complying with her wishes and ultimately resulting in me being fired.  Lastly, if the court is capable of helping me to obtain an attorney to represent me I will be gratefully indebted and would rather leave this in their capable hands rather than proceeding in a Pro Se manner.


Sincerely

Robert Carter