EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>474-2019-01178 |
|---|---|---|

Kentucky Commission On Human Rights                                          and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Robert T Carter | Home Phone<br>(270) 784-0104 | Year of Birth<br>1963 |
|---|---|---|

Street Address                                                        City, State and ZIP Code
351 Hillcrest Road, BOWLING GREEN, KY 42103

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br>LORD CORPORATION | No. Employees, Members | Phone No.<br>(270) 781-5440 |
|---|---|---|

Street Address                                                        City, State and ZIP Code
2800 Pioneer Drive, BOWLING GREEN, KY 42101

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                                                        City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>[ ] RACE    [ ] COLOR    [ ] SEX    [ ] RELIGION    [ ] NATIONAL ORIGIN<br>[X] RETALIATION    [X] AGE    [ ] DISABILITY    [ ] GENETIC INFORMATION<br>[ ] OTHER (Specify) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest                Latest<br>12-03-2018        08-09-2019<br><br>[ ] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I was employed by Lord Corporation from in or around January 1994 through on or about August 7, 2019. My most recent position was Senior Quality Technician. In or around December 2018, a job came open in our department and a female who had served as a fill in and had experience in the job was overlooked in favor of a male employee with no experience in the department. In February 2019, I complained to my supervisor, Julie Nunn, that I believed the female had been discriminated against. From that meeting until on or about August 7, 2019, I have been subjected to different terms and conditions of employment, including but not limited to, having to train other people on all of my tasks, having all of them given away. and having Julie tell my coworkers to keep a watchful eye on me. On or about June 6, 2019, I was suspended. When I came back to work, I was placed on a last chance agreement. On or about July 31, 2019, I was called into the office and questioned about a final inspection. On or about July 31, 2019, I reported to Human Resources that I believed I was being retaliated against. On or about August 7, 2019, I was terminated.

No reason was given for the different terms and conditions of employment. The reason given for my

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Robert Carter on 08-14-2019 08:53 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>474-2019-01178 |
|---|---|---|

Kentucky Commission On Human Rights and EEOC
*State or local Agency, if any*

suspension was that I had taken too many breaks and falsified my time, but that is not true. The reason given for my discharge was that I had signed off on an inspection per another quality engineer, but the quality engineer, Gordon Buckman, signed a statement that he did not remember if he had given me approval. Moreover, I am BMRB certified which authorizes me to make those decisions, thereby nullifying the argument that I had done so without authority.

I believe I have been discriminated against because of my age, 56, and in retaliation for reporting sex discrimination against a coworker and my supervisor, in violation of the Age Discrimination in Employment Act of 1967, as amended, and Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Robert Carter on 08-14-2019 08:53 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.